UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEGGY LOUISE WILLIAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 3:17-cv-5270 BAT<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS** |

Based upon Plaintiff's unopposed motion for attorney fees and costs (Dkt. 18), which Defendant does not oppose, it is hereby **ORDERED** that Plaintiff shall have a judgment against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, et. seq. in the amount of $7,681.24 for attorney's fees and paralegal fees, and expenses in the sum of $19.77 for service of the summons and complaint in this matter, for a total award of $7,971.01.

It is further **ORDERED** that in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 586 (2010), Plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. If it is determined that Plaintiff's EAJA award is not the subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for the EAJA fees and expenses shall be made payable to and mailed to

1 | Plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street,

2 | Suite E, Tacoma, Washington 98409.

3 | DATED this 5th day of October, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES
AND COSTS - 2